**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Carl S. Piazza,                                    Court File No.: 05-02554 (MJD/AJB)

          Plaintiff,

v.                                           **ORDER FOR DISMISSAL**

Janice C. Helms, Gregory Helms and
AIG Annuity Insurance Company,

          Defendants.

---

The Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is dismissed without costs and disbursements to any party.

                     LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 5, 2006

                                                       BY THE COURT:

                                                       S / Michael J. Davis
                                                       U.S. DISTRICT COURT JUDGE